AMUSEMENT SECURITIES CORPORATION, Respondent, *v.* ACADEMY PICTURES DISTRIBUTING CORPORATION et al., Appellants, Impleaded with Others.

Argued January 12, 1938; decided January 27, 1938.

*I. Jack London, Bertram A. Mayers* and *Milton C. Jacobs* for Academy Pictures Distributing Corporation et al., appellants.

*Saul E. Rogers, Milford Fenster* and *Sol Ringel* for Producers Laboratories, Inc., et al., appellants.

*I. Maurice Wormser* and *Arthur J. Homans* for respondent.

Judgment, so far as appealed from, affirmed, with costs; no opinion. (See 277 N. Y. 672.)

Concur: CRANE, Ch. J., O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and HUBBS, JJ.